No. 81–296.   IN RE RICH.   D. C. W. D. N. C.   Petition for common-law writ of certiorari denied.

No. 81–5617.   IN RE BEACHBOARD.   Petition for writ of mandamus denied.

No. 81–525.   BOWEN v. UNITED STATES POSTAL SERVICE ET AL.   C. A. 4th Cir.   Certiorari granted.

No. 81–574.   GENERAL TELEPHONE COMPANY OF THE SOUTHWEST v. FALCON.   C. A. 5th Cir.   Certiorari granted.

No. 80–2211.   SMITH BARNEY, HARRIS, UPHAM & CO., INC. v. HENRICKSEN.   C. A. 7th Cir.   Certiorari denied.

No. 80–6860.   WILLIAMSON v. WILLIAMSON.   Sup. Ct. Ga.   Certiorari denied.

No. 81–69.   RICHARDS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 81–87.   MOELLER v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 81–151.   FINE ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 81–237.   KNIGHT v. TENNESSEE.   Sup. Ct. Tenn. Certiorari denied.

No. 81–241.   WARD LUMBER CO. v. BROOKS, COMMIS-SIONER OF LABOR OF NORTH CAROLINA.   Ct. App. N. C. Certiorari denied.